UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VAAI LOCKHART,

       Plaintiff,

  v.                                  NO. CIV. S-11-1895 LKK/KJN

DOE 1, an individual and SOUTHWEST AIRLINES CO., a corporation, and DOES 2 through 25, inclusive,

       Defendants.

                                      /

**ORDER OF RECUSAL AND REASSIGNMENT**

    It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned.

    IT IS HEREBY ORDERED that:

    1.   The undersigned recuses himself as the judge to whom this case is assigned;

    2.   All currently scheduled dates in the above-captioned action are **VACATED**;

1

1     3.  The Clerk of the Court reassign this case to another
2  judge for all further proceedings, making appropriate adjustments
3  in the assignments of civil cases to compensate for such
4  reassignment; and
5     4.  This case is REASSIGNED to the Honorable
6  Kimberly J. Mueller.
7     IT IS SO ORDERED.
8     DATED:  August 15, 2011.

```
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```

2