IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VAAI LOCKHART,

      Plaintiff,                                    No. CIV S-11-1895 KJM-KJN

      vs.

SOUTHWEST AIRLINES, CO.,              ORDER

      Defendants.

_____/

On February 6, 2012, the court ordered Hitzke & Associates, the law firm representing plaintiff, to show cause within seven (7) days why sanctions should not be imposed against Robert D. Porter and/or plaintiff for failure to comply with Local Rules 240 and 180. (ECF 12.) Neither Hitzke & Associates nor Robert D. Porter have responded.

"[A] federal district court has the inherent power to dismiss a case *sua sponte* for failure to prosecute . . . ." *Chambers v. NASCO, Inc.*, 501 U.S. 32, 49 (1991). Local Rule 110 states: "Failure of counsel or a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." As mentioned, Hitzke & Associates and Robert D. Porter have failed to both respond to the court's February 6, 2012 order to show cause and comply with Local Rules 240 and 180.

1

Accordingly, it is hereby ORDERED:

1) This case is DISMISSED without prejudice;

2) Robert D. Porter will pay sanctions in the amount of $250.00 for his failure to file a response to the order to show cause filed on February 6, 2012. Payment should be in the form of a check made payable to the Clerk of the Court. The sum is to be paid personally by Robert D. Porter **not later than fourteen (14) days** from the filing of this order;

3) All currently set dates and deadlines are vacated; and

4) This case is CLOSED.

IT IS SO ORDERED.

DATED: March 7, 2012.

_____
UNITED STATES DISTRICT JUDGE