1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   VAAI LOCKHART,

11          Plaintiff,                    No. CIV S-11-1895 KJM-KJN

12      vs.

13   SOUTHWEST AIRLINES, CO.,             ORDER

14          Defendants.

15   _____/

16          On February 6, 2012, the court ordered Hitzke & Associates, the law firm

17   representing plaintiff, to show cause within seven (7) days why sanctions should not be imposed

18   against Robert D. Porter and/or plaintiff for failure to comply with Local Rules 240 and 180.

19   (ECF 12.)  Neither Hitzke & Associates nor Robert D. Porter have responded.

20          "[A] federal district court has the inherent power to dismiss a case *sua sponte* for

21   failure to prosecute . . . ."  *Chambers v. NASCO, Inc.*, 501 U.S. 32, 49 (1991).  Local Rule 110

22   states: "Failure of counsel or a party to comply with these Rules or with any order of the Court

23   may be grounds for imposition by the Court of any and all sanctions authorized by statute or

24   Rule or within the inherent power of the Court."  As mentioned, Hitzke & Associates and Robert

25   D. Porter have failed to both respond to the court's February 6, 2012 order to show cause and

26   comply with Local Rules 240 and 180.

                                    1

1      Accordingly, it is hereby ORDERED:

2      1)      This case is DISMISSED without prejudice;

3      2)      Robert D. Porter will pay sanctions in the amount of $250.00 for his

4              failure to file a response to the order to show cause filed on February 6,

5              2012.  Payment should be in the form of a check made payable to the

6              Clerk of the Court.  The sum is to be paid personally by Robert D. Porter

7              **not later than fourteen (14) days** from the filing of this order;

8      3)      All currently set dates and deadlines are vacated; and

9      4)      This case is CLOSED.

10     IT IS SO ORDERED.

11  DATED:  March 7, 2012.

12  _____
    UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

2