UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VAAI LOCKHART,                                No. 2:11-CV-01895-KJM-KJN

            Plaintiff,

     v.                                          ORDER

SOUTHWEST AIRLINES CO.,

            Defendant.

        On February 11, 2014, the court was notified that as a result of the settlement conference proceedings held before Magistrate Judge Kendall J. Newman, the parties reached a verbal settlement agreement on that day.  (ECF 33.)  Accordingly, the parties were ordered to file dispositional documents no later than March 13, 2014.  (*Id.*)  The parties have neither filed dispositional documents nor requested extensions of time from the court.

        Accordingly, the parties are hereby ORDERED, within seven (7) days of entry of this order, to show cause why they should not be sanctioned in the amount of $250 each, or with dismissal, for their failure to comply with the court's order.

        IT IS SO ORDERED.

DATE:  May 2, 2014.

_____
UNITED STATES DISTRICT JUDGE

1